UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JAMES S. ELLARD**

    **Plaintiff,**

v.                                           Case No. 5:22cv241-TKW-MJF

**DR. JORGE ALVAREZ, et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 58). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determinations that (1) the claims against Defendants Alvarez and Blocker should be dismissed under Fed. R. Civ. P. 4(m) for lack of service, and (2) the claims against "Unknown Pharmacist" should be dismissed because Plaintiff has not provided information that could reasonably identify that defendant so he or she can be served. Additionally, because these are the last remaining defendants, this case can now be closed. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.   The claims against Defendant Unknown Pharmacist are DISMISSED without prejudice for failure to adequately identify and serve that defendant.

3.   The claims against Defendants Alvarez and Blocker and DISMISSED without prejudice under Fed. R. Civ. P. 4(m) for lack of service.

4.   The Clerk shall close the case file.

**DONE AND ORDERED** this 16th day of December, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**